WRIT NO. WR-77,402-42                                    77,402-42

DARRELL J. HARPER          IN THE CRIMINAL COURT OF APPEALS

        V.                 THIRD JUDICIAL DISTRICT

STATE OF TEXAS             SITTING IN AUSTIN, TEXAS

### REHEARING/RECONSIDERATION

TO THE CLERK'S OFFICE:

Come now Appellant Darrell J. Harper motions this court to either reconsider or rehear 11.07 Application For Writ Of Habeus corpus against Appellee State of Texas for Civil Rights Violation and Retaliation.

The reason(s) motion for rehearing or reconsideration is deemed rational, is because on Dec. 17, 2014, Trial court No. D-1-DC-11-464087-00 Performed its duties under false pretense when state laws and rules unconstitutionally selected and empaneled continues to be used to keep me behind prison walls for filing employment discrimination complaints, grievances, and new civil suit No. D-1-GN-14-4224 for dismissing over more than thirty applications for writ of habeus corpus unconstitutional. The trial court forfeit sovereignty.

Trial court No. D-1-DC-11-404087 lacked jurisdiction to performed the duties of the appellate's court governed by appellate's rules. If Trial court No. D-1-DC-11-404087 has flexibility to perform appellate's duties within it jurisdiction, than trial court was negligence in abuse of legal process, official misconduct etc, for failure to review manifest constitutional errors that were committed during the trial court criminal procedure, that was neglectfully not objected to by appellant's appointed trial criminal defense, as amended.

WHEREFORE, Appellant, Darrell J. Harper prays that this motion is granted.

Very Truly Yours,
Darrell J. Harper
Darrell J. Harper
Inmate No. 1457724
3295 F.M. 3514
Beaumont Texas 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

MOTION DISMISSED
DATE  2-11-15
BY:

## Certification Of Service

Appellant, Durrell J. Hurper does hereby certify that this motion is true and correct for Processing on or around Friday the 26th day of December 2014, in accordance with Texas Criminal Appeals Rules and Procedures.

Durrell J. Hurper